Richard Vilkin, Esq.
Nevada Bar No. 8301
Law Offices of Richard Vilkin, P.C.
1286 Crimson Sage Ave.
Henderson, NV 89012
Phone: (702) 476-3211
Fax: (702) 476-3212
Email: richard@vilkinlaw.com
*Attorneys for defendant Nevada*
*Association Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTIANA TRUST, A DVISION OF WILIMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLEY AS OWNER TRUSTEE ON BEHALF OF RBSHD 2013-1 TRUST, a Delaware corporation, | ) ) ) ) ) ) ) ) | 2:15-cv-00231-GMN-NJK |
| Plaintiff, | ) ) ) ) | STIPULATION TO EXTEND TIME FOR DEFENDANT NEVADA ASSOCIATION SERVICES, INC. TO RESPOND TO THE COMPLAINT; AND ORDER |
| v. | ) ) ) | |
| SUNCREST HOWEOWNERS ASSOCIATION, a corporation, NEVADA ASSOCIATION SERVICES, INC., a corporation; MORNING AMBER TRUST #3340 NV WEST SERVICING, LLC AS TRUSTEE, a limited liability corporation; THOMAS L. TURBEVILLE, an individual; DALLES T. TURBEVILLE, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Defendant herein, Nevada Association Services, Inc., served with the Summons and

Complaint in this action on May 27, 2015, hereby stipulates and agrees with plaintiff Christiana

Trust et al. that defendant NAS may have until Friday, June 26, 2015 to respond to the

Complaint of Christiana Trust herein.  IT IS SO STIPULATED AND AGREED.

Date:  June 22, 2015                             LAW OFFICES OF RICHARD VILKIN, P.C.

By: _____
                                                                Richard Vilkin, Esq.
                                                                Nevada Bar No. 8301
                                                                1286 Crimson Sage Ave.
                                                                Henderson, NV  89012
                                                                Phone: (702) 476-3211
                                                                Fax: (702) 476-3212
                                                                *Attorneys for defendant Nevada
                                                                Association Services, Inc.*

Date:  June 22, 2015                             LAW OFFICES OF LES ZIEVE

                                                                /s/ Benjamin Petiprin
By: _____
                                                                Benjamin Petiprin, Esq.
                                                                Nevada Bar No. 11681
                                                                3753 Howard Hughes Parkway, Suite 200
                                                                Las Vegas, NV  89169
                                                                Phone: (702) 948-8565
                                                                *Attorneys for plaintiff Christiana Trust et al.*

ORDER

IT IS SO ORDERED.

Date June 22, 2015

                                                                Gloria M. Navarro, Chief Judge
                                                                United States District Court

- 2 -

Certificate of E-Service By PACER

I hereby certify that on June 22, 2015, I caused to be served a copy of the foregoing STIPULATION TO EXTEND TIME FOR DEFENDANT NEVADA ASSOCIATION SERVICES, INC. TO RESPOND TO THE COMPLAINT; AND ORDER when filing this document through the court's PACER system, to all persons who are all listed for E-Service on that system for this case.

Executed this 22nd day of June, 2015 at Henderson, NV.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Richard Vilkin